OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

02 1R
0006557458    MAR 13 2015
MAILED FROM ZIP CODE 78701

$ 00.26⁵

**3/11/2015**
**DANGERFIELD, DEIDRE    Tr. Ct. No. 1443579-A                    WR-82,886-01**
The Court has dismissed your application for a writ of habeas corpus without written order; on the date the application was filed, community supervision had not been revoked. TEX. CODE CRIM. PROC. Art. 11.07, Sec. 1, 3(a)-(b).

Abel Acosta, Clerk

DEIDRE  DANGERFIELD
HALBERT UNIT - TDC # 1960378                    UTF
P. O. BOX 923
BURNET, TX  78611-0923

IEBN3B  78611